IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NANCY JOHNSON,

     Appellant,

                                   Case No.  5D21-2154

 v.                            LT Case No. 2020-30379-CICI

DAYTONA INTERNATIONAL
SPEEDWAY, LLC,

     Appellee.
_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Katherine Hurst Miller, and R. Brooks
Casey, of  Wright & Casey, P.A., New
Smyrna Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, HARRIS and SASSO, JJ., concur.